UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSUE ROMERO, *on behalf of himself and all others* :
*similarly situated*, :
:
                          Plaintiff, :        20-CV-8308 (JMF)
:
      -v- :        <u>ORDER</u>
:
NIKON INC., :
                          Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of October 7, 2020, ECF No. 5, the parties filed a joint status letter on November 17, 2020, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 11.  The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's October 7th order.

      SO ORDERED.

Dated: November 18, 2020
       New York, New York
                                                    JESSE M. FURMAN
                                              United States District Judge